UNPUBLISHED

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

v.

JOHNNIE LEE JAMES, JR.,

*Defendant-Appellant.*

No. 00-4283

Appeal from the United States District Court
for the Northern District of West Virginia, at Martinsburg.
Frederick P. Stamp, Jr., Chief District Judge.
(CR-00-5)

Submitted: January 23, 2001

Decided: February 5, 2001

Before WILKINS and TRAXLER, Circuit Judges, and
HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

## COUNSEL

James T. Kratovil, KRATOVIL LAW OFFICES, Charles Town, West Virginia, for Appellant. Melvin W. Kahle, Jr., United States Attorney, Thomas O. Mucklow, Assistant United States Attorney, Martinsburg, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See
Local Rule 36(c).

## OPINION

PER CURIAM:

Johnnie Lee James, Jr., appeals his conviction for retaliation
against a witness, pursuant to 18 U.S.C.A. § 1513(b)(1) (West Supp.
2000), and sentence of thirty-three months' imprisonment. James'
attorney has filed a brief in accordance with *Anders v. California*, 386
U.S. 738 (1967). Counsel states that there are no meritorious grounds
for appeal but raises the single claim challenging the sufficiency of
the evidence to support James' conviction. James filed a pro se sup-
plemental brief arguing facts and challenging his sentence. In accor-
dance with the requirements of *Anders*, we have considered the briefs
on appeal and examined the entire record for meritorious issues. We
find no error and affirm.

To determine if there is sufficient evidence to support a conviction,
this Court considers whether there is substantial evidence, taking the
view most favorable to the Government, to support it. *Glasser v.
United States*, 315 U.S. 60, 80 (1942); *United States v. Burgos*, 94
F.3d 849, 854 (4th Cir. 1996) (*citing Evans v. United States*, 504 U.S.
255, 257 (1992)). We do not re-weigh the evidence or re-consider the
credibility of witnesses. *See Glasser*, 315 U.S. at 80; *United States v.
Aragon*, 983 F.2d 1306, 1308 (4th Cir. 1993).

This case involves a physical altercation occurring between James
and a former co-worker following the conclusion of a civil trial in
which James was the plaintiff, the co-worker testified for the defense,
and the trial resulted in a defense verdict. The jury in the instant crim-
inal case was required to determine whether James' version or the co-
worker's version of the facts surrounding the altercation was more
credible. It is well established that the question of witness credibility
is within the sole province of the jury and not susceptible to review.
*United States v. Saunders*, 886 F.2d 56, 60 (4th Cir. 1989). The jury
had sufficient evidence upon which to base its guilty verdict.

With respect to James' pro se challenge to his sentence, he was sentenced within the guidelines range and below the statutory maximum. Therefore, his sentence is not reviewable on appeal. *See United States v. Porter*, 909 F.2d 789, 794 (4th Cir. 1990).

Pursuant to *Anders*, this Court has reviewed the record for potential error and has found none. Accordingly, we affirm James' conviction and sentence. This Court requires that counsel inform his client, in writing, of his right to petition to the Supreme Court of the United States for further review. If the client requests that a petition be filed, but counsel believes that such a petition would be frivolous, then counsel may move in this court for leave to withdraw from representation. Counsel's motion must state that a copy thereof was served on the client. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*